435 A.2d 1325

Commonwealth v. Reesemen, Appellant.

Argued November 11, 1980.   James H. Owen, for appellant; George R. Kepple, District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.